BRABENDER v. UNITED STATES. (Circuit Court of Appeals, Third Circuit. March 6, 1903.) Appeal from the District Court of the United States for the District of New Jersey. Irving M. Dittenhoefer, for appellant. David O. Watkins, for the United States.

DALLAS, Circuit Judge. This cause being called for argument in its regular order and counsel for the respective parties having filed a stipulation that the cause be dismissed, it is now here ordered, adjudged and decreed by this court that the appeal from the said District Court be and the same is hereby dismissed at the costs of the appellant.